| Attorney or Party Name, Address, Telephone & FAX Numbers and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| STEVEN T. GUBNER (SBN 156593)<br>COREY R. WEBER (SBN 205912)<br>EZRA BRTUZKUS GUBNER LLP<br>21650 Oxnard Street, Suite 500<br>Woodland Hills, CA  91367<br>Telephone: 818-827-9000<br>Facsimile: 818-827-9099<br>Email:  sgubner@ebg-law.com; cweber@ebg-law.com<br>*Attorney for* Plaintiff, Howard M. Ehrenberg, Chapter 7 Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: RUDERMAN CAPITAL PARTNERS, LLC, | |
|---|---|
| Debtor(s). | |
| HOWARD EHRENBERG, CHAPTER 7 TRUSTEE,<br><br>Plaintiff(s).<br><br>vs.<br><br>JEROLD WEBER,<br><br>Defendant(s). | CHAPTER: 7<br><br>CASE NO.: 2:09-bk-19539-ER<br><br>ADVERSARY NO.: 2:10-ap-02329-ER<br><br>DATE: December 2, 2010<br>TIME: 10:00 a.m.<br>PLACE: Courtroom 1568 |

## JOINT STATUS REPORT
## LOCAL BANKRUPTCY RULE 7016-1(a)(2)

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

The parties submit the following JOINT STATUS REPORT in accordance with Local Bankruptcy Rule 7016-1(a)(2):

**A.    PLEADINGS/SERVICE:**

1. Have all parties been served?     [X] Yes   [ ] No

2. Have all parties filed and served answers to the complaint/ counter-complaints/etc.?     [X] Yes   [ ] No

3. Have all motions addressed to the pleadings been resolved?     [X] Yes   [ ] No

4. Have counsel met and conferred in compliance with Local Bankruptcy Rule 7026-1?     [X] Yes   [ ] No

5. If your answer to any of the four preceding questions is anything <u>other</u> than an unqualified "YES," then please explain below *(or on attached page)*:

*(Continued on next page)*

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                     **F 7016-1.1**
F701611

| Joint Status Report - *Page 2* | | F 7016-1.1 |
|---|---|---|
| In re RUDERMAN CAPITAL PARTNERS, LLC, | | CHAPTER: 7 |
| | | CASE NO.: 2:09-bk-19539-ER |
| | Debtor(s). | ADVERSARY NO.: 2:10-ap-02329-ER |

**B.    READINESS FOR TRIAL:**

1. When will you be ready for trial in this case?

   | Plaintiff | Defendant |
   |---|---|
   | July 11, 2011 | July 11, 2011 |

2. If your answer to the above is more than four (4) months after the summons issued in this case, give reasons for further delay.

   | Plaintiff | Defendant |
   |---|---|
   | The parties are attempting to resolve this matter. | The parties are attempting to resolve this matter. |

3. When do you expect to complete your discovery efforts?

   | Plaintiff | Defendant |
   |---|---|
   | April 29, 2011 | April 29, 2011 |

4. What additional discovery do you require to prepare for trial?

   | Plaintiff | Defendant |
   |---|---|
   | Interrogatories, requests for admission, requests for production, depositions. | Interrogatories, requests for admission, requests for production, depositions. |

**C.    TRIAL TIME:**

1. What is your estimate of the time required to present your side of the case at trial (including rebuttal stage if applicable)?

   | Plaintiff | Defendant |
   |---|---|
   | 1-3 days. | 1-3 days. |

2. How many witnesses do you intend to call at trial (including opposing parties)?

   | Plaintiff | Defendant |
   |---|---|
   | Unknown at this time. | Unknown at this time. |

3. How many exhibits do you anticipate using at trial?

   | Plaintiff | Defendant |
   |---|---|
   | Unknown at this time. | Unknown at this time. |

*(Continued on next page)*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                    F 7016-1.1

| Joint Status Report - *Page 3* | **F 7016-1.1** |
|---|---|
| In re RUDERMAN CAPITAL PARTNERS, LLC, <br><br> Debtor(s). | CHAPTER: 7 <br> CASE NO.: 2:09-bk-19539-ER <br> ADVERSARY NO.: 2:10-ap-02329-E |

**D.    PRE-TRIAL CONFERENCE:**

A pre-trial conference is usually conducted between a week to a month before trial, at which time a pre-trial order will be signed by the court. [See Local Bankruptcy Rule 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

| Plaintiff | Defendant |
|---|---|
| Pre-trial conference XX (is)/ ___ (is not) requested. <br> Reasons: _____ | Pre-trial conference XX (is)/ ___ (is not) requested. <br> Reasons: _____ |

| Plaintiff | Defendant |
|---|---|
| Pre-trial conference should be set <u>after</u>: <br><br> (date) May 19, 2011 | Pre-trial conference should be set <u>after</u>: <br><br> (date) May 19, 2011 |

**E.    SETTLEMENT:**

1. What is the status of settlement efforts?

   The parties have engaged in preliminary settlement discussions at this point and anticipate further discussions over the next few weeks.

2. Has this dispute been formally mediated?    ☐ Yes    [X] No
   If so, when?

3. Do you want this matter sent to mediation at this time?

   | Plaintiff | Defendant |
   |---|---|
   | [X] Yes ☐ No | ☐ Yes [X] No |

*(Continued on next page)*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                **F 7016-1.1**

| Joint Status Report - *Page 4* | **F 7016-1.1** |
|---|---|
| In re RUDERMAN CAPITAL PARTNERS, LLC,<br><br>Debtor(s). | CHAPTER: 7<br>CASE NO.: 2:09-bk-19539-ER<br>ADVERSARY NO.: 2:10-ap-02329-ER |

**F.    ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** *(Use additional page if necessary.)*


Respectfully submitted,

Dated: November 17, 2010                                  Dated: November 17, 2010

EZRA BRUTZKUS GUBNER LLP                         STUTMAN TREISTER & GLATT
*Firm Name*                                                              *Firm Name*

By: _[signature]_                                                       By: _[signature]_

Name: COREY R. WEBER                                    Name: ALEXANDER FISCH

Attorney for: Plaintiff, Howard M. Ehrenberg        Attorney for: Defendant, Jerold Weber
                    Chapter 7 Trustee

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                    **F 7016-1.1**

| In re: RUDERMAN CAPITAL PARTNERS, LLC, | Debtor(s). | CHAPTER 7 |
|---|---|---|
| HOWARD M. EHRENBERG vs. JEROLD WEBER. | | CASE NUMBER 2:09-bk-19539-ER |
| | | ADV NUMBER 2:10-ap-02329-ER |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**21650 Oxnard Street, Suite 500, Woodland Hills, California 91367.**

A true and correct copy of the foregoing documents described **JOINT STATUS REPORT – LOCAL BANKRUPTCY RULE 7016-1(a)(2)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **November 18, 2010,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**Howard M Ehrenberg (TR)** – ehrenbergtrustee@sulmeyerlaw.com; ca25@ecfcbis.com; hmehrenberg@ecf.epiqsystems.com
**H Alexander Fisch** – afisch@stutman.com
**United States Trustee (LA)** – ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **November 18, 2010,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**BY U.S. MAIL**

Honorable Ernest M. Robles
United States Bankruptcy Court
Los Angeles Division – Roybal Federal Bldg.
255 E. Temple Street, Suite 1560
Los Angeles, CA 90012-3332

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| November 18, 2010 | MELA ZEPEDA | /s/ Mela Zepeda |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1