FILED & ENTERED
JAN 24 2011
CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re | Case No. 2:09-bk-19539-ER |
| RUDERMAN CAPITAL PARTNERS, LLC, | [Chapter 7] |
| Debtor(s). | |
| HOWARD M. EHRENBERG, CHAPTER 7 TRUSTEE | Adv. No. 2:10-ap-02329-ER |
| Plaintiff(s)/ Movant(s), | ORDER ASSIGNING MATTER TO MEDIATION PROGRAM AND APPOINTING MEDIATOR AND ALTERNATE MEDIATOR |
| v. | |
| JEROLD WEBER, an individual, | [NO HEARING REQUIRED] |
| Defendant(s)/ Respondent(s). | |

This Adversary Proceeding
(Adversary Proceeding/Name of Dispute in Main Case)

is hereby assigned to the Bankruptcy Mediation Program of this district, and the following are appointed as Mediator and Alternate Mediator:

| Mediator: | Alternate Mediator: |
|---|---|
| Mark Shinderman | Joel B. Weinberg |
| Name | Name |
| Milbank, Tweed, Hadley & McCloy LLP | Insolvency Services Group |
| Firm Name | Firm Name |

601 S. Figueroa Street, 30th Fl
Address

Los Angeles, CA 90017
City, State, Zip Code

(213) 892-4000
Telephone

(213) 629-5063
Facsimile

mshinderman@milbank.com
E-Mail Address

9107 Wilshire Blvd., Suite 800
Address

Beverly Hills, CA 90210
City, State, Zip Code

(310) 385-0006
Telephone

(310) 385-0030
Facsimile

jweinberg@usisg.com
E-Mail Address

The attorneys for the parties are:

Attorney for Plaintiff:

Steven T. Gubner & Corey R. Weber
Name

Ezra Brutzkus Gubner LLP
Firm Name

21650 Oxnard Street, Suite 500
Address

Woodland Hills, CA 91367
City, State, Zip Code

(818) 827-9000
Telephone

(818) 827-9099
Facsimile

cweber@ebg-law.com
E-Mail Address

Attorney for Defendant:

H. Alexander Fisch
Name

Stutman, Treister & Glatt, P.C.
Firm Name

1901 Avenue of the Stars, 12th Fl.
Address

Los Angeles, CA 90067
City, State, Zip Code

(310) 228-5600
Telephone

(310) 228-5788
Facsimile

afisch@stutman.com
E-Mail Address

[Attach additional page(s) if necessary.]

Description of the Matter:

1. [ ] Objection to claim/claim resolution
2. [ ] Plan
   - [ ] Objection to plan confirmation
   - [ ] Plan formulation/negotiation
3. [ ] Valuation
4. [ ] Preference
5. [ **X** ] Fraudulent transfer
6. [ ] Lien avoidance
7. [ ] Dischargeability

   Specify grounds: ______________________________

8. [ ] Other. Please specify: ______________________________

______________________________________________

Amount of money at issue in Matter:

1. [ ] $0 to $1,000
2. [ ] $1,001 to $10,000
3. [ ] $10,001 to $50,000
4. [ ] $50,001 to $100,000
5. [ ] $100,001 to $500,000
6. [ **X** ] $500,001 to $1,000,000
7. [ **X** ] $1,000,001 to $5,000,000
8. [ ] $5,000,001 to $10,000,000
9. [ ] If more than $10,000,000,

   state amount: $______________________________

10. [ ] Money not at issue.

Instructions from the Court:

A. Re filing and service of this Order:

1. If Order is submitted to Court by party(ies):

(a) The party(ies) submitting this Order shall file the following with the Court: (a) the original and three (3) copies of this Order, (b) the original and three (3) copies of a Notice of Entry of this Order, and (c) a proof of service which reflects service of this Order on the Mediator, the Alternate Mediator, the Mediation Program Administrator (Hon. Barry Russell) and any individual(s) and/or entity(ies) and/or other interested party(ies) as may be designated by the Judge.

2. If Order is prepared by the Judge:

(a) The following individual shall serve a copy of this Order on the Mediator, the Alternate Mediator, and the Mediation Program Administrator (Hon. Barry Russell): ______________________________________________

______________________________________________

(b) The following additional individual(s) and/or entity(ies) and/or other interested party(ies) shall be served by the individual designated in note 2(a) above with a copy of this Order: [Attach additional page(s) if necessary.] ______

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

(c) The individual designated in note 2(a) above shall file an original proof of service which reflects service of this Order on the Mediator, the Alternate Mediator, the Mediation Program Administrator, and the individual(s) and/or entity(ies) and/or other interested party(ies) listed in note 2(b) above.

(B) Other: [Attach additional page(s) if necessary.]

The parties are to comply with the provisions of Second Amended General Order No. 95-01.

IT IS SO ORDERED:

**SUBMITTED JOINTLY BY:**

DATED: December 15, 2010 Howard M. Ehrenberg, Chapter 7 Trustee
(Name of Party)

/s/ Howard M. Ehrenberg
(Signature of Party)

DATED: December 17, 2010 Corey R. Weber

(Name of Party's Counsel)

/s/ Corey R. Weber

(Signature of Party's Counsel)

DATED: December 17, 2010 Jerold Weber
(Name of Party)

/s/ Jerold Weber

(Signature of Party)

DATED: December 17, 2010 H. Alexander Fisch

(Name of Party's Counsel)

/s/ H. Alexander Fisch

(Signature of Party's Counsel)

cc: Hon. Barry Russell
Mediation Program Administrator
United States Bankruptcy Court
255 East Temple Street, Suite 1660
Los Angeles, California 90012
###



DATED: January 24, 2011

United States Bankruptcy Judge

| In re: RUDERMAN CAPITAL PARTNERS, LLC, Debtor(s). HOWARD M. EHRENBERG vs. JEROLD WEBER. | CHAPTER 7<br>CASE NUMBER 2:09-bk-19539-ER<br>ADV NUMBER 2:10-ap-02329-ER |
|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **21650 Oxnard Street, Suite 500, Woodland Hills, California 91367**

A true and correct copy of the foregoing document described **Order Assigning Matter to Mediation Program and Appointing Mediator and Alternate Mediator** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ___, 2011 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On January 6, 2011 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on July __, 2010 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| January 6, 2011 | Jennifer Long | /s/ Jennifer Long |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

| In re: RUDERMAN CAPITAL PARTNERS, LLC, Debtor(s). HOWARD M. EHRENBERG vs. JEROLD WEBER. | CHAPTER 7<br>CASE NUMBER 2:09-bk-19539-ER<br>ADV NUMBER 2:10-ap-02329-ER |
|---|---|

**II. <u>SERVED BY U.S. MAIL</u>**

Honorable Ernest M. Robles
United States Bankruptcy Court
Los Angeles Division – Roybal Federal Bldg.
255 E. Temple Street, Suite 1560
Los Angeles, CA 90012-3332

<u>Alternate Mediator</u>
Joel B. Weinberg
Insolvency Services Group, Inc.
9107 Wilshire Boulevard, Suite 800
Beverly Hills, CA 90210

<u>Chapter 7 Trustee</u>
Howard M. Ehrenberg
SulmeyerKupetz
333 S. Hope St., 35th Flr.
Los Angeles, CA 90071

<u>Mediator</u>
Mark Shinderman
Milbank, Tweed, Hadley & McCloy LLP
601 S. Figueroa Street, 30th Floor
Los Angeles, CA 90017

Counsel for Defendant
H. Alexander Fisch
Stutman, Treister & Glatt
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

Hon. Barry Russell
Mediation Program Administrator
United States Bankruptcy Court
255 East Temple Street, Suite 1660
Los Angeles, California 90012

| In re: RUDERMAN CAPITAL PARTNERS, LLC, Debtor(s). HOWARD M. EHRENBERG vs. JEROLD WEBER. | CHAPTER 7<br>CASE NUMBER 2:09-bk-19539-ER<br>ADV NUMBER 2:10-ap-02329-ER |
|---|---|

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **Order Assigning Matter to Mediation Program and Appointing Mediator and Alternate Mediator** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of January 6, 2011, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

**Howard M Ehrenberg (TR)** – ehrenbergtrustee@sulmeyerlaw.com; ca25@ecfcbis.com; hmehrenberg@ecf.epiqsystems.com
**H Alexander Fisch –** afisch@stutman.com
**United States Trustee (LA)** – ustpregion16.la.ecf@usdoj.gov
**Corey R. Weber** - ecf@ebg-law.com, cweber@ebg-law.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Mediator
Mark Shinderman
Milbank, Tweed, Hadley & McCloy LLP
601 S. Figueroa Street, 30th Floor
Los Angeles, CA 90017

Alternate Mediator
Joel B. Weinberg
Insolvency Services Group, Inc.
9107 Wilshire Boulevard, Suite 800
Beverly Hills, CA 90210

Hon. Barry Russell
Mediation Program Administrator
United States Bankruptcy Court
255 East Temple Street, Suite 1660
Los Angeles, California 90012

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page